# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>INDEPENDENCE PLAZA, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No: 1:22-cv-00534-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: May 8, 2023

Respectfully submitted,

  /s/ David T. Crumplar
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Ste 200
Wilmington, DE 19801
302-656-5445
Davy@jcdelaw.com

-and-

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
305-891-1322

*Attorneys for Plaintiff*

Respectfully submitted,

  /s/ William J. Rhodunda, Jr.
William J. Rhodunda, Jr. (#2774)
Chandra J. Williams (#4907)
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Bill@rawlaw.com
Chandra@rawlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

William J. Rhodunda,
Chandra J. Williams
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Bill@rawlaw.com
Chandra@rawlaw.com

                                                                                */s/ David T. Crumplar*
                                                                                David T. Crumplar (#5876)
                                                                                Jacobs & Crumplar, P.A.